# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ZACHARY TAYLOR,       )
                      )
    Plaintiff,       )
                      )
v.                    )    Case No. CV411-244
                      )
AL ST. LAWRENCE, *et al.*,  )
                      )
    Defendants.      )

## REPORT AND RECOMMENDATION

In an order dated October 20, 2011, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 4.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has failed to return the forms. Given his noncompliance with the conditions of the Court's order, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this __18th__ day of January, 2012.

                                                       /s/ G.R. Smith
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA